## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON, WEST VIRGINIA

**FREEDA E. GIBSON**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　**Civil Action No. 3:23-cv-00800**

**VIVEKANAND S. NEGINHAL, M.D.,**
**ST. MARY'S MEDICAL CENTER, INC. individually and**
**d/b/a SCOTT ORTHOPEDIC CENTER, INC.,**
**ST. MARY'S MEDICAL MANAGEMENT, LLC individually**
**and d/b/a SCOTT ORTHOPEDIC CENTER, INC., AND**
**SCOTT ORTHOPEDIC CENTER, INC.**

    **Defendants.**

## MOTION FOR DEFAULT JUDGMENT

The above-named Plaintiff, Freeda E. Gibson, by and through her counsel, Arden J. Curry, II, pursuant to Federal Rule of Civil Procedure 55, hereby requests that Court enter Default Judgment against the Defendant, Vivekanand S. Neginhal, M.D. In support of this Motion, the Plaintiff states as follows.

1. On the 20th day of March, 2024, the Clerk of the Court previously entered Default against the Defendant, Vivekanand S. Neginhal, M.D., for his failure to timely plead or otherwise the defend the Plaintiff's claims. (Document No. 483).

2. The Defendant, Vivekanand S. Neginhal, M.D., has not made an appearance in this litigation and has not taken any action since the entry of Default by the Clerk of the Court.

3. The Defendant, Vivekanand S. Neginhal, M.D., is not a minor or an incompetent person, and is not the United States, or an agent of the United States.

4. Counsel for Freeda E. Gibson has served this Motion for Default Judgment on the Defendant, Vivekanand Neginhal, M.D., by United States Mail and by United States Mail Certified Mail Return Receipt Requested at his home address.

5. The Defendant, Vivekanand Neginhal, M.D., is not protected by the Service Members Civil Relief Act, 50 U.S.C. § 501 *et seq.*

6. Wherefore, the Plaintiff requests a hearing on this Motion to determine the amount of damages Freeda E. Gibson is entitled to be awarded and the entry of a Default Judgment, in an amount determined by the Court, to be consistent with the evidence being presented as to the damages to Freeda E. Gibson.

**Freeda E. Gibson
By Counsel,**

Arden J. Curry, II (W.Va. Bar No. 907)
Pauley Curry, PLLC
100 Kanawha Blvd., West
Charleston, WV 25302
(304) 342-6000 Phone
(304) 342-6007 Fax
*Counsel for the Plaintiff*

## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA
## HUNTINGTON, WEST VIRGINIA

**FREEDA E. GIBSON**

    **Plaintiff,**

**v.**                                                      **Civil Action No. 3:23-cv-00800**

**VIVEKANAND S. NEGINHAL, M.D.,**
**ST. MARY'S MEDICAL CENTER, INC. individually and**
**d/b/a SCOTT ORTHOPEDIC CENTER, INC.,**
**ST. MARY'S MEDICAL MANAGEMENT, LLC individually**
**and d/b/a SCOTT ORTHOPEDIC CENTER, INC., AND**
**SCOTT ORTHOPEDIC CENTER, INC.**

    **Defendants.**

## CERTIFICATE OF SERVICE

I, Arden J. Curry, II, attorney for Plaintiffs, do hereby certify that I have this 25th day of March, 2024, served the foregoing *Motion for Default Judgment* upon counsel of record, with the Clerk of the Court via the CM/ECF system, which system will serve true copies of the same upon the following counsel of record and by depositing true and exact copies thereof in the United States mail, postage prepaid, certified mail return receipt requested upon the Defendant, Vivekanand Neginhal, M.D. addressed as follows:

Vivekanand Neginhal, M.D.
3 Court Side Drive
Huntington, WV 25705
*Defendant*

Bradley D. Dunkle, Esq.
Bailes Craig & Sellards, PLLC
401 10th Street, Suite 500
Huntington, WV 25701
*Counsel for the Defendants, St. Mary's Medical Center, Inc., St. Mary's Medical Management, LLC*

_____
Arden J. Curry, II (W.Va. Bar No. 907)
Pauley Curry, PLLC
100 Kanawha Blvd., West
Charleston, WV 25302
(304) 342-6000 Phone
(304) 342-6007 Fax
*Counsel for the Plaintiff*